**Order entered March 18, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01371-CV

### KEITH WAGONER AND DARRON T. WILSON, Appellants

### V.

### DALLAS TEXAS, ET AL, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. TX-13-31197**

## ORDER

Before the Court is appellant Darron Wilson's "Motion to Present Brief," which Wilson requests we accept as his brief on the merits. The brief, however, fails to comply with appellate rule 38 requiring it contain:

> (1) a table of contents indicating the subject matter of each issue or point and with references to the pages of the brief;
>
> (2) an index of authorities arranged alphabetically and indicating the pages of the brief where the authorities are cited;
>
> (3) a concise statement of all issues or points presented for review;
>
> (4) a concise statement of the facts supported by record references;
>
> (5) a succinct, clear, and accurate statement of the arguments made in the body of the brief; and,

(6) appropriate citations, in the argument portion, to authorities and the record.

*See* TEX. R. APP. P. 38.1(b)-(c), (f)-(i).  Accordingly, it is deficient and is returned to Wilson.

In accordance with appellate rules 38.7 and 38.9, we **ORDER** Wilson to file an amended brief correcting the deficiencies no later than April 1, 2015.  *See id.* 38.7, 38.9.  We caution Wilson that failure to comply with this order may result in his appeal being dismissed without further notice.  *See id.* 38.8, 38.9.

Appellees shall file their brief within thirty (30) days of the filing of Wilson's amended brief.

/s/     CRAIG STODDART
JUSTICE